**Suzanne L. DECKER, Plaintiff—Appellee,**

v.

**David W. MARIANI; Mariani Group of Companies; Warren Dried Foods Co., Inc.; MGC Land, a general partnership; Mary Francis Mariani Trust;**

Linda Mariani Duhamel Trust; Paul A. Mariani, III; John G. Mariani; Griffin Investments; Marialisa Delmare Trust, Defendants—Appellants.

No. 02–16517.

D.C. No. CV–00–20462–JF.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2003.*

Decided Nov. 10, 2003.

Scott L. Goodsell, Campeau Goodsell Diemer, San Jose, CA, for Plaintiff–Appellee.

Robert J. Yorio, and Stuart C. Clark, Carr & Ferrell LLP, Palo Alto, CA, for Defendant–Appellant.

Before CANBY, W. FLETCHER, and TALLMAN, Circuit Judges.

ORDER**

We affirm for the reasons expressed in the well-supported opinions of the Bankruptcy Court in *Decker v. Mariani, et al. (In re Portofino Development Corp.)*, No. 93–57024 (Bankr.N.D.Cal., March 31, 2000), and the District Court in *Decker v. Mariani, et al. (In re Portofino Develop-*

*This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

*ment Corp.)*, No. 00–20462 (N.D.Cal., April 4, 2002).

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.